JONES *v.* ILLINOIS BY ITS ELECTORAL BOARD.

No. 1173.   Decided May 19, 1969.

*William J. Scott,* Attorney General of Illinois, and *Francis T. Crowe,* Assistant Attorney General, for appellee.

PER CURIAM.

The decision of the Illinois Supreme Court having been rendered prior to our decision in *Moore* v. *Ogilvie,* 394 U. S. 814, which overruled *MacDougall* v. *Green,* 335 U. S. 281, the judgment is vacated and the cause remanded so that it can be reconsidered in light of the changed circumstances.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART would affirm the judgment.